UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MICHAEL HARTSTEIN

            Plaintiff

v.

SOLOMON SHARBAT, SOLOMON CAPITAL LLC.
SOLOMON SHARBAT AS TRUSTEE FOR SOLOMON
CAPITAL LLC. 401 K TRUST AND SOLOMON CAPITAL.
LLC 401 K TRUST

            Defendants
---------------------------------------------------------------X

09 Civ. 9799 (RMB)

**AMENDED STIPULATION AND ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, as follows:

1. The complaint <u>and counter-claims</u> in this action are hereby dismissed with prejudice and this action is discontinued. Each party shall bear his or its own costs, disbursements and attorneys' fees incurred in connection with this action.

2. This stipulation and order supersedes all prior orders of this Court in this action.

March 8, 2010

MICHAEL HARTSTEIN,

_____
Plaintiff

SOLOMON SHARBAT, personally
and for SOLOMON CAPITAL LLC.
SOLOMON SHARBAT AS
TRUSTEE FOR SOLOMON
CAPITAL LLC. 401 K TRUST
AND SOLOMON CAPITAL LLC
401 K TRUST

_____
Defendant

SO ORDERED:

_____
Richard M. Berman
U.S.D.J.   3/24/10